IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THE HEALTHY BACK STORE, LLC ) | Case No. 15-14653 WIL |
| ) | **(Chapter 11)** |
| **Debtor** ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR EXPEDITED HEARING
ON EMERGENCY MOTION FOR THE ENTRY OF INTERIM ORDER PURSUANT
TO SECTION 364 OF THE BANKRUPTCY CODE (A) AUTHORIZING THE DEBTOR
TO OBTAIN DEBTOR-IN-POSSESSION FINANCING, (B) GRANTING SECURITY
INTERESTS AND SUPER PRIORITY CLAIMS, (C) APPROVING AGREEMENT
RELATING TO THE FOREGOING, (D) GRANTING RELATED RELIEF, AND (E)
SCHEDULING A HEARING ON THE MOTION PURSUANT
TO BANKRUPTCY RULE 4001(C)**

Upon consideration of the Debtor's Motion for Expedited Hearing (the "Motion) on Debtor's Emergency Motion for the Entry of an order pursuant to Section 105 and Section 364 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq., as amended, and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (a) authorizing the Debtor to obtain debtor-in-possession financing, (b) granting security interests and superpriority claims, (c) approving the agreements related to the foregoing, and (d) granting related relief (the "DIP Motion"), the Court finding good cause to grant the Motion, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion be, and the same is hereby, GRANTED; and it is further

**ORDERED**, that the Court shall conduct a hearing on the DIP Motion as set forth therein; and it is further

**ORDERED**, that any objections to the DIP Motion shall be filed and served on Debtor's counsel no later than one (1) day before the hearing.

**END OF ORDER**