

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

IN RE:                                )
                                      )
THE HEALTHY BACK STORE, LLC           )    Case No. 15-14653 WIL
                                      )    (Chapter 11)
        Debtor                        )

### ORDER GRANTING DEBTOR'S MOTION
### FOR EXPEDITED HEARING ON MOTION FOR ORDER
### ESTABLISHING BIDDING PROCEDURES IN CONNECTION
### WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS,
### SUBJECT TO HIGHER AND BETTER OFFERS

Upon consideration of the Debtor's Motion for Expedited Hearing on Motion for Order Establishing Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets, Subject to Higher and Better Offers (the "Motion"), the Court finding good cause to grant the Motion, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion be, and the same is hereby, GRANTED; and it is further

**ORDERED**, that the Court shall conduct a hearing on the Debtor's Motion for Order Establishing Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets (the "Bid Procedures Motion") on the date and time hereinabove set; and it is further

**ORDERED**, that any objections to the Bid Procedures Motion shall be filed by 4:00 p.m. on the day before the scheduled hearing.

Copies to:

Michael J. Lichtenstein, Esquire
Shulman, Rogers, Gandal,
   Pordy & Ecker, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

Steven L. Goldberg, Esquire
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

Anthony Mazlish
5706 Surrey Street
Chevy Chase, MD  20815

Classic Sleep Products, Inc.
P.O. Box 1036
Charlotte, NC  28201

Cozzia USA/SVAGO Mftg
14515 E. Don Julian Road
La Puente, CA  91746

Fius Distributors
1750 55th Street, Unit D
Boulder, CO  80301

Golden Technologies
401 Bridge Street
Old Forge, PA  18518

Haworth
P.O. Box 905678
Charlotte, NC  28290

Herman Miller, Inc.
22891 Network Place, CO #59
Chicago, IL  60673-1228

Human Touch, LLC
3030 Walnut Avenue
Long Beach, CA  90807

Jobri LLC
520 N. Division Street
Konawa, OK  74849

Leggett and Platt
P.O. Box 538385
Atlanta, GA  30353

McCarty's Sacro Ease LLC
3279 Industrial Avenue
Coeur D Alene, ID  83815

Nightingale Corp.
2301 Dixie Road
Mississauga, ONTARIO  L4Y1Z9

Northwood Capital Partners LLC
485 Underhill Boulevard
Syosset, NY 11791

Office Star Products
P.O. Box 148
Ontario, CA  91761

Orange Soda
732 E. Utah Valley Drive, #200
American Fork, UT  84003

Positive Posture
2125 32nd Street
Boulder, CO  80301

Pure Latex Bliss
11175 Cicero Drive, Suite 100
Alpharetta, GA  30022

Technogel, Inc.
3 Penn Center West, Suite 408
Pittsburg, PA  15276

Tempur Pedic, Inc.
P.O. Box 632852
Cincinnati, OH  45263-2851

WTOP-AM/FM
3400 Idaho Avenue, NW, 2nd Floor
Washington, DC 20016

**END OF ORDER**