_____

✓ RETAIN

**Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y/N
Exhibits Filed: Y/N

PROCEEDING MEMO - CHAPTER 11

Date: 04/08/2015 Time: 10:30

**CASE: 15-14653 The Healthy Back Store, LLC**

Michael J. Lichtenstein representing The Healthy Back Store, LLC (Debtor)

Lynn A. Kohen representing US Trustee - Greenbelt (U.S. Trustee)

[6] Motion for Order Establishing Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets Filed by The Healthy Back Store, LLC. (Attachments: #s3 20 Largest Unsecured Creditors)

**MOVANT** : The Healthy Back Store, LLC BY M Lichtenstein

[8] Motion for Order Pursuant to 11 U.S.C. Section 105(a) Authorizing the Debtor to: (1) Maintain Its Existing Cash Management System and (2) Maintain Its Bank Accounts Filed by The Healthy Back Store, LLC. (Attachments: #s3 20 Largest Unsecured Creditors)

**MOVANT** : The Healthy Back Store, LLC BY M Lichtenstein

[Steven Goldberg Maxwell for Healthy Back Brand LLC]

[10] Emergency Motion for the Entry of Interim Order Pursuant to Section 364 of the Bankruptcy Code (A) Authorizing the Debtor to Obtain DIP Financing; (B) Granting Security Interests and Super Priority Claims, (C) Approving Agreement Relating to the Foregoing, (D) Granting Related Relief, and (E) Scheduling a Hearing on the Motion Pursuant to Bankruptcy Rule 4001(c) Filed by The Healthy Back Store, LLC. (Attachments: #s4 20 Largest Unsecured Creditors)

W/drawn

**MOVANT** : The Healthy Back Store, LLC BY M Lichtenstein

[12] Emergency Motion of Debtor for Entry of an Order Determining Adequate Assurance of Payment for Future Utility Services Filed by The Healthy Back Store, LLC. (Attachments: #s5 List of Utilities)

**MOVANT** : The Healthy Back Store, LLC BY M Lichtenstein

[16] Emergency Motion for Order (A) Authorizing Interim Use of Cash Collateral, B Scheduling Final Hearing to Consider Authorizing Debtor's Use of Cash Collateral Beyond Interim Period and Prescribing Form and Manner of Notice, (C) Providing Adequate Protection Pursuant to 11 U.S.C. Sections 361, 363 and 105, and (D) Granting Related Relief Filed by The Healthy Back Store, LLC. (Attachments: #s4 20 Largest Unsecured Creditors) (Lichtenstein, Michael)

Modified on 4/2/2015 (Devine, Ellen).

**MOVANT** : The Healthy Back Store, LLC BY M Lichtenstein

[18] Emergency Motion to Pay Pre-Petition Wages, Salaries and Other Compensation Filed by The Healthy Back Store, LLC. (Attachments: #s4 20 Largest Unsecured Creditors)

**MOVANT** : The Healthy Back Store, LLC BY M Lichtenstein

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

Other_____

Confirmed_____ as modified by _____

Denied Confirmation_____ with leave to amend by_____

Other_____

DISPOSITIONS:

Granted [18]+[12]+[8]+[16]+[6]  Denied____ Withdrawn [10] Consent____ Default____ Under Adv.____

Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)____

Continued to: _____

DECISION:

[ ] Signed by Court             [ ] Filed by Counsel

new orders in [8] + [6]

[✓] To be prepared by:
    [✓] Movant's counsel           [ ] Court
    [ ] Respondent's counsel       [ ] Other _____

NOTES:

[12] need to file COS for 1-800 # prior to order being entered

[8] new order re Q. stmts

[6] May 27, 2015 @ 10:30 Am