**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **THE HEALTHY BACK STORE, LLC** | ) | **Case No. 15-14653 WIL** |
| | ) | **(Chapter 11)** |
| **Debtor** | ) | |

**LINE ATTACHING AMENDED SCHEDULE 1.1.2 TO**
**ASSET PURCHASE AGREEMENT**

The Healthy Back Store, LLC ("Debtor"), by and through its undersigned counsel, files this Line Attaching Amended Schedule 1.1.2 to the Asset Purchase Agreement and, in support thereof, states as follows:

1.      On April 1, 2015, the Debtor filed a Motion for Entry of an order Approving Sale of Substantially all of Debtor's Assets (the "Sale Motion") [Doc. 15].

2.      Contemporaneous therewith, the Debtor filed a Motion for Order Establishing Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets (the "Bid Procedures Motion") [Doc. 6].

3.      On April 10, 2015, the Court entered an Order Establishing Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets [Doc. 50].

4.      The Sale Motion and Asset Purchase Agreement provided for, among other things, the assumption and assignment of certain executory contracts and unexpired real estate leases.

5.      Attached hereto is Amended Schedule 1.1.2 to the Asset Purchase Agreement which consists of a complete and accurate schedule of the executory contracts that Debtor intends to assume and assign to Purchaser.

6.      On May 8, 2015, the Debtor filed and served a Notice of Debtor's Intention to Assume and Assign Certain Executory Contracts and Unexpired Real Estate Leases [Doc. 86].

7.      Notice was provided to the counterparty of each of the executory contracts identified on Amended Schedule 1.1.2.

8.      No objections or responses to the Notice have been filed.

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.**

By:     /s/ Michael J. Lichtenstein
         Michael J. Lichtenstein (Bar No. 05604)
         Amy M. Simon (Bar No. 30188)
         12505 Park Potomac Avenue, Sixth Floor
         Potomac, Maryland 20854
         TEL:   (301) 230-5231 (Lichtenstein)
                  (301) 945-9238 (Simon)
         FAX:  (301) 230-2891
         Email: mjl@shulmanroges.com
                  asimon@shulmanrogers.com

*Attorneys for Debtor*

Dated:  May 27, 2015

## <u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that copies of the **Line Attaching Amended Schedule 1.1.2 to Asset Purchase Agreement** were delivered via first class mail, postage pre-paid, this 27th day of May, 2015, to:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

Office of the U.S. Attorney – District
of Maryland
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, Maryland 21201

State of Maryland DLLR
Division of Unemployment
  Insurance
1100 N. Eutaw Street, Room 401
Baltimore, Maryland 21201-2201

Security Exchange Commission
100 F Street, NE
Washington, DC 20549
Attn: Bankruptcy Specialist

Internal Revenue Service
Insolvency Unit
31 Hopkins Plaza, Room 1150
Baltimore, Maryland 21201

Steven L. Goldberg, Esquire
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

Curtis C. Jung, Esquire
Jung & Yuen, LLP
888 S. Figueroa Street, Suite 720
Los Angeles, CA  90017

Tempur Sealy International, Inc.
c/o Wyatt, Tarrant & Combs, LLP
250 West Main St., Suite 1600
Lexington, KY 40507-1746
Attn:   Daniel I. Waxman
       Robert J. Brown

The 20 Largest Unsecured Creditors of Debtor on the attached list

      /s/  Michael J. Lichtenstein
      Michael J. Lichtenstein

F: 116092.00032
5882735_1.doc

3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **THE HEALTHY BACK STORE, LLC** | ) | **Case No. 15-14653 WIL** |
| | ) | **(Chapter 11)** |
| Debtor | ) | |

## <u>List of Creditors Holding 20 Largest Unsecured Claims</u>

Anthony Mazlish
5706 Surrey Street
Chevy Chase, MD  20815

Carpenter Law Group
Attn:  Todd Carpenter
402 West Broadway Street, 29th Floor
San Diego, CA  92101

Classic Sleep Products, Inc.
P.O. Box 1036
Charlotte, NC  28201

Cozzia USA/SVAGO Mftg
14515 E. Don Julian Road
La Puente, CA  91746

Fius Distributors
1750 55th Street, Unit D
Boulder, CO  80301

Golden Technologies
401 Bridge Street
Old Forge, PA  18518

Haworth
P.O. Box 905678
Charlotte, NC  28290

Herman Miller, Inc.
Attn: Gary Cochran, Credit Mgr
855 East Main Avenue
Zeeland, MI  49464

Human Touch, LLC
3030 Walnut Avenue
Long Beach, CA  90807

McCarty's Sacro Ease LLC
3279 Industrial Avenue
Coeur D Alene, ID  83815

Nightingale Corp.
2301 Dixie Road
Mississauga, ONTARIO  L4Y1Z9

Northwood Capital Partners LLC
485 Underhill Boulevard
Syosset, NY 11791

Northwood Ventures LLC
485 Underhill Boulevard
Syosset, NY 11791

Office Star Products
P.O. Box 148
Ontario, CA  91761

Orange Soda
732 E. Utah Valley Drive, #200
American Fork, UT  84003

Positive Posture
2125 32nd Street
Boulder, CO  80301

Pure Latex Bliss
510 River Road
Shelton, CT  06484

Technogel, Inc.
401 Wood Street, Suite 1400
Pittsburg, PA  15222

Tempur Pedic, Inc.
P.O. Box 632852
Cincinnati, OH  45263-2851

WTOP-AM/FM
3400 Idaho Avenue, NW, 2nd Floor
Washington, DC 20016

# AMENDED SCHEDULE 1.1.2
# TO ASSET PURCHASE AGREEMENT

The Healthy Back Store, LLC
Other Leases and Contracts to be assumed by Buyer

| Lease/Contract | Nature of Contract |
|---|---|
| Storis, Inc.<br>400 Valley Road, Suite 302<br>Mount Arlington, NJ 07856 | Annual Licensing Fee for POS Operating System |
| 294 Relax Co, LLC<br>1234 E. Woodman Road<br>Colorado Springs, CO 80920 | Purchase Agreement |
| Svago Manufacturing, LLC<br>14515 E. Don Julian Road<br>La Puente, CA 91746 | Manufacturing Agreement |
| Sage Payment Solutions<br>1750 Old Meadow Road, #300<br>McLean VA 22102 | Merchant Services Agreement |
| Synchrony Financial<br>950 Forrer Blvd.<br>Dayton, Ohio 45420 | Merchant Services Agreement |
| American Express Company<br>200 Vesey Street, 50th Floor<br>New York, NY 10285 | Merchant Services Agreement |
| Kelly Benefit Strategies<br>301 International Circle<br>Cockeysville, MD 21030 | Benefits Provider |