_____       _____ RETAIN ✓

**Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE**                Evidentiary Hrg: Y/N
                                                             Exhibits Filed: Y/N

PROCEEDING MEMO - CHAPTER 11

Date: 05/27/2015 Time: 10:30

**CASE: 15-14653 The Healthy Back Store, LLC**

(Michael J. Lichtenstein) representing The Healthy Back Store, LLC (Debtor)

Lynn A. Kohen representing US Trustee - Greenbelt 11 (U.S. Trustee)

[15] Motion to Sell Substantially all of Debtor's Assets. Notice Served on 4/2/2015, Filed by The Healthy Back Store, LLC. Objections due by 04/27/2015. (Attachments: #s5 20 Largest Unsecured Creditors) (Lichtenstein, Michael) Modified on 4/3/2015 (Devine, Ellen).

*[handwritten: Steve Goldberg for Healthy Back Brand Holdings LLC]*

**MOVANT** : The Healthy Back Store, LLC BY M Lichtenstein

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

   Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

   Other_____

   Confirmed_____ as modified by _____

   Denied Confirmation_____ with leave to amend by_____

   Other_____

DISPOSITIONS:

   Granted ✓   Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

   Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

   Continued to: _____

DECISION:

   [ ] Signed by Court            [✓] Filed by Counsel
   [ ] To be prepared by:
       [ ] Movant's counsel        [ ] Court
       [ ] Respondent's counsel    [ ] Other _____

NOTES: