IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THE HEALTHY BACK STORE, LLC ) | Case No. 15-14653 WIL |
| ) | (Chapter 11) |
| Debtor ) | |

## NOTICE OF AMENDMENT TO SCHEDULE F

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 1009(a), The Healthy Back Store, LLC (the "Debtor") has amended its Schedules E and F. The original Schedules E and F were filed with the Bankruptcy Court on April 1, 2015 [Doc 1]. The amended Schedules E and F were filed with the Bankruptcy Court on April 15, 2015 [Doc 70]. The amended Schedule F was filed with the Bankruptcy Court on April 28, 2015 [Doc 83]. The amended Schedule F was filed with the Bankruptcy Court on May 13, 2015 [Doc 97]. The amended Schedule F was filed with the Bankruptcy Court on June 1, 2015. The page of the amendment to Schedule F pertinent to your claim is attached hereto as Exhibit A. In accordance with Local Bankruptcy Rule 1009-1(b), a copy of the original Notice for Meeting of Creditors is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE THAT CERTAIN OF THESE AMENDMENTS MAY AFFECT THE AMOUNT, CLASSIFICATION, AND/OR PRIORITY OF ANY CLAIM YOU MAY HAVE AGAINST THE DEBTOR**. You should carefully review the amended Schedules, and consult with your attorney if you need assistance, to determine if you agree with the amended Schedules. If you agree with the amended Schedules, you do not need to do anything more at this time. If you believe that the amended Schedules are incorrect with respect to any claim you believe you hold, you are advised to

consult with an attorney to determine your rights. If you have previously filed a timely and proper proof of claim, then you do not need to file another proof of claim.

          Respectfully submitted,

          **SHULMAN, ROGERS, GANDAL,**
          **PORDY & ECKER, P.A.**

By:   /s/ Michael J. Lichtenstein
      Michael J. Lichtenstein (Bar No. 05604)
      Amy M. Simon (Bar No. 30188)
      12505 Park Potomac Avenue, Sixth Floor
      Potomac, Maryland 20854
      TEL:  (301) 230-5231 (Lichtenstein)
              (301) 945-9238 (Simon)
      FAX:  (301) 230-2891
      Email:  mjl@shulmanroges.com
                asimon@shulmanrogers.com

*Attorneys for Debtor*

Dated: June 1, 2015

5801154_1.doc