IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE HEALTHY BACK STORE, LLC | ) | Case No. 15-14653 WIL |
| | ) | (Chapter 11) |
| Debtor | ) | |

## CERTIFICATE OF MAILING

I **HEREBY CERTIFY** that a copy of the foregoing **Order Authorizing Sale of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims and Encumbrances [Doc 104]** was first class mailed, postage prepaid, this 1st day of June, 2015, to all parties on the Court's Official Mailing Matrix.

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.**

By:  /s/ Michael J. Lichtenstein
Michael J. Lichtenstein (Bar No. 05604)
Amy M. Simon (Bar No. 30188)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL:  (301) 230-5231 (Lichtenstein)
          (301) 945-9238 (Simon)
FAX:  (301) 230-2891
Email:  mjl@shulmanroges.com
             asimon@shulmanrogers.com

*Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

The following parties received electronic notice of this filing on June 1, 2015:

| | |
|---|---|
| Jodie E. Buchman | jodie.buchman@dlapiper.com |
| Steven L. Goldberg | sgoldberg@mhlawyers.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Laura J. Margulies | ecf@law-margulies.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |
| Bryn Hope Sherman | bsherman@offitkurman.com |

  /s/  Michael J. Lichtenstein
Michael J. Lichtenstein

6105968_1.doc