IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE HEALTHY BACK STORE, LLC | ) | Case No. 15-14653 WIL |
| | ) | (Chapter 11) |
| Debtor | ) | |

ORDER APPROVING AND
AUTHORIZING REJECTION OF THE SPRINT CONTRACT

This matter having come before the Court on The Healthy Back Store, LLC's (the "Debtor") Motion for Order Approving and Authorizing Rejection of the Sprint Contract (the "Motion"), and after notice and opportunity for a hearing, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion be, and it hereby is, GRANTED; and it is further

**ORDERED**, that the Sprint agreement is hereby rejected as of June 2, 2015.

Copies to:

Michael J. Lichtenstein, Esquire
Shulman, Rogers, Gandal,
 Pordy & Ecker, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854

Sprint
2001 Edmund Halley Drive
Reston, VA  20191

**END OF ORDER**